# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 13-00248-CG |
| ) | |
| DAVID CLARENCE SHAW, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DETENTION

This matter came on for a bond revocation hearing on May 13, 2014 and this date.

Based on the evidence presented, the court finds that the defendant has violated the terms of release, and hereby **REVOKES** the conditions as set forth in the Order Setting Conditions of Release entered on January 13, 2014 (Doc. 17). Therefore, the defendant is **REMANDED** to the custody of the United States Marshal pending his sentencing hearing currently scheduled for June 18, 2014.

The United States Marshal is **ORDERED** to produce the defendant for the sentencing hearing at 1:00 p.m. on June 18, 2014.

**DONE and ORDERED** this 19th day of May, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE