# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 13-00248-CG |
| | ) | |
| DAVID CLARENCE SHAW, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter came on for a supervised release revocation hearing this date. In attendance at the hearing were Assistant U. S. Attorney Michael D. Anderson, Defense Counsel Jason B. Darley, and U. S. Probation Officer Krista Kuykendall.

The Defendant executed a waiver of the hearing, and further advised that he agreed to the modifications to his supervised release term as set forth on the record.

Upon due consideration of the representations of counsel and the Defendant, the Court finds that there is good cause to grant the petition for modification, which includes Defendant's service of a six-month term at the Residential Reentry Center (RRC), and the condition that Defendant have no contact of any sort with the General Services Administration (GSA). A separate order modifying the supervised release terms will be entered.

The revocation hearing is held in **ABEYANCE** pending Defendant's completion of the term at the RRC. Defendant shall **REMAIN** in custody until bed-space becomes available at the RRC. The U.S. Marshal is **ORDERED** to produce the Defendant at the Courthouse on a day and time to be coordinated with the U.S.

Probation Office, and shall **RELEASE** Defendant to the custody of the U.S. Probation Office for transportation to the RRC on the same day.

Upon successful completion of the six-month term at the RRC, the U.S. Probation Office is directed to advise the Court whether or not a revocation hearing is still needed. In the event that the Defendant does not successfully complete the term at the RCC, a revocation hearing will be rescheduled.

**DONE and ORDERED** this 6th day of June, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE